**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>DEBRA WUEGER<br>        Debtor | Case No. 22-11602-amc |
| Wells Fargo Bank, N.A.,<br><br>        Movant | Chapter 13 |
| vs.<br>DEBRA WUEGER<br>        Respondent | 11 U.S.C. §362 |

**ORDER**

    **AND NOW**, this 22nd day of _____May_____ , 2026, it is hereby **ORDERED** that the corresponding Amended Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Ashely M. Chan
CHIEF BANKRUPTCY JUDGE

DEBRA WUEGER
3155 BYBERRY RD
PHILADELPHIA, PA 19154-1813

BRAD J SADEK
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

KENNETH E. WEST
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107